UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff

v.

                                   Case No. 26-30334
                                   Originating No.  26CR00005

**SHARONDA FORSYTHE,**

      Defendant.

_____/

## GOVERNMENT'S PETITION
## FOR TRANSFER OF DEFENDANT TO
## ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the

United States of America hereby petitions the Court for an order transferring defendant

**SHARONDA FORSYTHE,** to answer to charges pending in another federal district,

and states:

1.   On **June 4, 2026,** defendant was arrested in the Eastern District

Michigan in connection with a federal arrest warrant issued in the **Western District of**

**Kentucky based on an Indictment**.  Defendant is charged in that district with violations

of **Conspiracy to Possess with Intent to Distribute Controlled Substances.**

2. Rule 5 requires this Court to determine whether defendant is the person

named in the arrest warrant and is entitled to a preliminary examination as described in

Paragraph One above.  *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

JEROME F. GORGON, JR.
United States Attorney


*s/Nhan Ho*
NHAN HO
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Dated: June 4, 2026